**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**In re:**

| | |
|---|---|
| **Patricia Wright,** | **CASE NO.: 3:13-bk-02769** |
| **Bradley Wright,** | **Chapter 13** |
|     **Debtors.** | |
| _____/ | |

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

    Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within **Thirty 30 days** from the date of service of this paper.  If you object to the relief requested in this paper you must file your objection with the Clerk of U.S. Bankruptcy Court at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and serve a copy on the movant's attorney, Jason A. Burgess, 118 West Adams Street, Suite 900, Jacksonville, FL 32202.
    If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified.  If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant relief requested.

### MOTION TO VALUE SECURED CLAIM FIFTEEN
### OF CAPITAL ONE, N.A.

Comes now the Debtors, Patricia & Bradley Wright ("the Debtors"), who pursuant to 11 U.S.C. §506 seek to value the property securing the claim of Capital One, N.A. and would show as follows:

### Jurisdiction

1. This Court has jurisdiciton over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  Venue of this case and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. The statutory basis for the relief requested herein is section 506 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 3012 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## Relief Requested

3. By this Motion, the Debtors seek entry of an Order granting the following relief, without limitations:

    a. Determining the value of the Debtor's personal property securing the claim of Capital One, N.A. to be $100.00 and treating the remainder of the claim as unsecured, and

    b. Any other relief deemed appropriate by the Court.

## Background

4. On September 6, 2013, a proof of secured claim in the amount of $2,914.31 was filed by Capital One, N.A. (Claim 15).

5. The Debtors believe that the value of the property securing the debt is less than the amount stated in the claim. The Debtors believe the fair market value of the property to be $100.00.

## Basis for Relief

6. As stated in § 506(a) of the Bankruptcy Code:

    An allowed claim of a creditor secured by a lien on property in which the estate has an interest…is a secured claim to the extent of the value of such creditor's interest in the estate's interest in such property…and is an unsecured claim to the extent that the value of such creditor's interest…is less than the amount of such allowed claim. 11 U.S.C. §506(a).

7. As stated in Rule 3012 of the Bankruptcy Rules:

> The court may determine the value of a claim secured by a lien on property in which the estate has an interest and after a hearing on notice to the holder of the secured claim and any other entity as the court may direct. F.R. Bankr. P. 3012.

WHEREFORE, pursuant to 11 U.S.C. Section 506(a) and Rule 3012 of the Bankruptcy Rules, the Debtors move the court to value the secured claim so as to determine the amount thereof to be allowed as secured.

The Law Offices of Jason A. Burgess, LLC

*/s/ Joshua Dawes*  
Joshua B. Dawes  
Florida Bar No.: 94461  
Jason A. Burgess  
Florida Bar No.: 40757  
118 West Adams Street, Suite 900  
Jacksonville, FL 32202  
P – (904) 354-5065  
*Counsel for Debtors*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing and the attached affidavit have been furnished electronically via the court's CM/ECF system or by US mail postage prepaid to Capital One, N.A., c/o Bass & Associates, P.C. 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712 on this 24th day of April 2014.

*/s/ Joshua Dawes*  
Joshua B. Dawes

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Patricia Wright,
Bradley Wright,

CASE NO.: 3:13-bk-02769
Chapter 13

Debtors.
_____/

AFFIDAVIT IN SUPPORT OF MOTION TO VALUE SECURED CLAIM

STATE OF FLORIDA }
COUNTY OF DUVAL }

BEFORE ME, the undersigned authority, appeared Patricia Wright who, being duly sworn, deposes as follows:

1. I am one of the individual debtors in this case.
2. A Motion to Value Secured Claim pursuant to 11 U.S.C. Section 506(a), has been filed on our behalf.
3. The property involved is a LG Steam Electric Dryer, a LG Steam Washer, and a Sony RDPXF300IP Portable Speaker.
4. The company that filed the claim is Capital One, N.A. (Best Buy Co., Inc.).
5. The total fair market value of the property is $100.00.

_____
Patricia Wright

Sworn to and subscribed before me this 21 day of April 2014.

_____
Notary Public, State of Florida

KATRINA PFISTER
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE069841
Expires 3/2/2015